UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUCIANO SAGRERO-PEREZ,

Petitioner,

v.

BRUCE SCOTT; and KRISTI NOEM,[1]

Respondents.

C26-0932 TSZ

ORDER

This matter is before the Court on Petitioner Luciano Sagrero-Perez's Motion for Emergency Temporary Restraining Order (the " TRO Motion"), docket no. 7.  Having reviewed the TRO Motion and the relevant record, the Court PROVISIONALLY GRANTS the TRO Motion, docket no. 7, pending the Court's final ruling on the TRO Motion.

Petitioner is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at the Northwest ICE Processing Center in Tacoma, Washington.  Pet. at 1

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Clerk is DIRECTED to substitute Secretary Markwayne Mullin for former Secretary Kristi Noem.

ORDER - 1

(docket no. 1).  On March 26, 2026, Respondent filed a Notice of Intent to Remove Petitioner, docket no. 5.  On the same day, Petitioner filed the instant TRO Motion, requesting Respondents be prohibited from removing or transferring him outside of the Western District of Washington.  TRO Mot. at 1 & 9 (docket no. 7).

The Court may grant an emergency motion to preserve its jurisdiction and to maintain the status quo.  See United States v. United Mine Workers of Am., 330 U.S. 258, 293 (1947) ("[T]he District Court ha[s] the power to preserve existing conditions while it . . . determine[s] its own authority to grant injunctive relief.").  The purpose of preliminary relief "is 'merely to preserve the relative positions of the parties' pending further proceedings."  AARP v. Trump, 605 U.S. 91, 96 (2025) (quoting Lackey v. Stinnie, 604 U.S. 192, 200 (2025)).

Accordingly, the Court ORDERS as follows:

(1)     Petitioner's TRO Motion, docket no. 7, is PROVISIONALLY GRANTED, pending the Court's final ruling on the TRO Motion.  This ruling is solely for the purpose of maintaining the status quo so that the Court may review the merits of the TRO Motion.

(2)     Petitioner shall **NOT** be removed to Mexico or any other country pending further Order of the Court;

(3)     Respondents must file their return to the habeas petition, docket no. 1, and their response to the TRO Motion, docket no. 7, in a consolidated brief on or before April 2, 2026.  Petitioner must file his traverse in support of his habeas petition and reply in support of his TRO Motion in a consolidated brief on or before April 7, 2026;

ORDER - 2

(4)    Respondents are ENJOINED from transporting Petitioner to a detention facility outside the Western District of Washington pending further Order of the Court; and

(5)    The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 26th day of March, 2026.

_____
Thomas S. Zilly
United States District Judge

ORDER - 3