UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUCIANO SAGRERO-PEREZ,

             Petitioner,

    v.

BRUCE SCOTT; and MARKWAYNE
MULLIN,[1]

             Respondents.

C26-0932 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    In this matter, petitioner Luciano Sagrero-Perez seeks immediate release on the grounds that his detention by U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") was not statutorily authorized and was a violation of his rights under the Due Process Clause of the Fifth Amendment. According to U.S. Department of Homeland Security ("DHS") Form I-213, an ICE ERO team took petitioner into custody on March 12, 2026, pursuant to a Warrant of Arrest of Alien issued on October 5, 2025. *See* Ex. J to Andrade Decl. (docket no. 11-10 at 3–4). No copy of such warrant has been provided and no explanation has been given concerning why such warrant was issued. Respondents are DIRECTED to file, **by April 21, 2026**, a declaration, signed under penalty of perjury, concerning whether such warrant was outstanding at the time of petitioner's arrest and, if so, why such warrant was issued. A

---

[1] By Order dated March 26, 2026, Markwayne Mullin, Secretary of the U.S. Department of Homeland Security, was substituted for former Secretary Kristi Noem. *See* Order at 1 n.1 (docket no. 9).

MINUTE ORDER - 1

copy of such warrant and of any material supporting its issuance shall be filed as an attachment to such declaration.  If such warrant did not exist at the time of petitioner's arrest, respondents shall show cause, via a supplemental brief, not to exceed five (5) pages in length, why petitioner should not be released without bond from the Northwest ICE Processing Center because ICE ERO officers stated no basis other than the warrant for detaining petitioner.

(2)    Petitioner may file a supplemental brief, not to exceed five (5) pages in length, no later than **April 28, 2026**.  No further briefing shall be submitted unless requested by the Court.

(3)    The temporary restraining order ("TRO") issued on March 26, 2026, docket no. 9, remains in full force and effect.  The motion for TRO, docket no. 7, and the habeas petition and return, docket nos. 1 and 10, are RENOTED to April 28, 2026.

(4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of April, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 2